# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ✔  USAO No.: _____  Case No.: MJ-22-349-STE

Charging Document: **Complaint**  No. of Defendants: 8  Total No. of Counts: 1  Sealed: Y ☐

Forfeiture: Y ☐  N ✔   OCDETF: Y ✔  N ☐   McGirt: Y ☐  N ✔   Warrant ✔  Summons ☐  Notice ☐  N ✔

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: MW

| | |
|---|---|
| Name: **ANTONIO ORTIZ HERRERA** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX-XX-1978   SSN: XXXXXXX | Race: Hispanic   Interpreter: Y ✔  N ☐ |
| Sex: M ✔  F ☐   Juvenile: Y ☐  N ☐ | Language/Dialect: Spanish |

**DEFENDANT STATUS/RECOMMENDATION:**     **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody   ✔ Detention Requested   Complaint: Y ☐  N ✔
☐ Type of Bond: _____
✔ In Custody at: Pottawatomie County Jail     Magistrate Judge Case No.: MJ-
Inmate/Prisoner/Register No.: _____     Previously Detained: Y ☐  N ✔

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____   AUSA: Matthew Anderson and Nick Coffey
☐ CJA Panel         Address: _____   Agent/Agency: FBI
☐ Retained          Phone: _____   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |

Signature of AUSA: s/Matthew P. Anderson     Date: 05/13/2022

**CLEAR ALL**     **PRINT FORM**     1/22