# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ✔  USAO No.: _____  Case No.: MJ-22-349-STE

Charging Document: **Complaint**  No. of Defendants: 8  Total No. of Counts: 1  Sealed: Y ☐

Forfeiture: Y ☐ N ✔   OCDETF: Y ✔ N ☐   McGirt: Y ☐ N ✔   Warrant ✔  Summons ☐  Notice ☐  N ✔

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**  By: MW

| Name: CESAR CECILIO PEREZ RUBIO |||
|---|---|---|
| Alias(es): | Address: ||
| | FBI No.: ||
| DOB: XX-XX-1985 | SSN: XXX-XX-9522 | Race: Hispanic | Interpreter: Y ✔  N ☐ |
| Sex: M ✔  F ☐ | Juvenile: Y ☐ N ✔ | Language/Dialect: Spanish ||

**DEFENDANT STATUS/RECOMMENDATION:**     **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

✔ Not in Custody    ✔ Detention Requested    Complaint: Y ☐  N ✔
☐ Type of Bond: _____
☐ In Custody at: _____    Magistrate Judge Case No.: MJ-
Inmate/Prisoner/Register No.: _____    Previously Detained: Y ☐  N ✔

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____    AUSA: Matthew Anderson and Nick Coffey
☐ CJA Panel         Address: _____    Agent/Agency: FBI
☐ Retained          Phone: _____    Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |

Signature of AUSA: s/Matthew P. Anderson    Date: 05/13/2022

1/22