# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ✔  USAO No.: _____  Case No.: MJ-22-349-STE

Charging Document: **Complaint**  No. of Defendants: 8  Total No. of Counts: 1  Sealed: Y ☐ N ✔

Forfeiture: Y ☐ N ✔  OCDETF: Y ✔ N ☐  McGirt: Y ☐ N ✔  Warrant ✔  Summons ☐  Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**  By: MW

| | |
|---|---|
| Name: JUAN CITLACIC DE LUNA | |
| Alias(es): Poste | Address: |
| | FBI No.: |
| DOB: XX-XX-1986  SSN: XXXXXXX | Race: Hispanic   Interpreter: Y ✔  N ☐ |
| Sex: M ✔  F ☐   Juvenile: Y ☐  N ✔ | Language/Dialect: Spanish |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody   ✔ Detention Requested  
☐ Type of Bond: _____  
✔ In Custody at: Pottawatomie County Jail  
Inmate/Prisoner/Register No.: _____

Complaint: Y ☐  N ✔  
Magistrate Judge Case No.: MJ-  
Previously Detained: Y ☐  N ✔

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender  
☐ CJA Panel  
☐ Retained  

Name: _____  
Address: _____  
Phone: _____  

AUSA: Matthew Anderson and Nick Coffey  
Agent/Agency: FBI  
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |

**Signature of AUSA:** s/Matthew P. Anderson  **Date:** 05/13/2022

1/22