# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ✔   USAO No.: _____   Case No.: MJ-22-349-STE

Charging Document: **Complaint**   No. of Defendants: 8   Total No. of Counts: 1   Sealed: Y ☐

Forfeiture: Y ☐ N ✔   OCDETF: Y ✔ N ☐   McGirt: Y ☐ N ✔   Warrant ✔   Summons ☐   Notice ☐   N ✔

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: MW

| Name: IVAN CHANAX AGUILAR |
|---|

| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX-XX-1995   SSN: XXXXXXX | Race: Hispanic   Interpreter: Y ✔   N ☐ |
| Sex: M ✔  F ☐   Juvenile: Y ☐  N ✔ | Language/Dialect: Spanish |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

- ☐ Not in Custody   ✔ Detention Requested
- ☐ Type of Bond: _____
- ✔ In Custody at: Pottawatomie County Jail
- Inmate/Prisoner/Register No.: _____

Complaint: Y ☐   N ✔
Magistrate Judge Case No.: MJ-
Previously Detained: Y ☐   N ✔

**ATTORNEY/AGENCY INFORMATION:**

- ☐ Public Defender
- ☐ CJA Panel
- ☐ Retained

Name: _____
Address: _____
Phone: _____

AUSA: Matthew Anderson and Nick Coffey
Agent/Agency: FBI
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |

Signature of AUSA: s/Matthew P. Anderson   Date: 05/13/2022

1/22