# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ✔  USAO No.: _____  Case No.: MJ-22-349-STE

Charging Document: **Complaint**   No. of Defendants: 8   Total No. of Counts: 1   Sealed: Y ☐ N ✔

Forfeiture: Y ☐ N ✔   OCDETF: Y ✔ N ☐   McGirt: Y ☐ N ✔   Warrant ✔  Summons ☐  Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: MW

| Name: **RUBY JACKSON** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX-XX-1976   SSN: XX-XXX-3479 | Race: Hispanic   Interpreter: Y ✔  N ☐ |
| Sex: M ☐  F ✔   Juvenile: Y ☐  N ✔ | Language/Dialect: Spanish |

**DEFENDANT STATUS/RECOMMENDATION:**    **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

✔ Not in Custody    ✔ Detention Requested    Complaint: Y ☐  N ✔
☐ Type of Bond: _____
☐ In Custody at: _____    Magistrate Judge Case No.: MJ-
Inmate/Prisoner/Register No.: _____
Previously Detained: Y ☐  N ✔

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____   AUSA: Matthew Anderson and Nick Coffey
☐ CJA Panel   Address: _____   Agent/Agency: FBI
☐ Retained   Phone: _____   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |

**Signature of AUSA:** s/Matthew P. Anderson    **Date:** 05/13/2022

CLEAR ALL    PRINT FORM    1/22