# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty   Misdemeanor   Felony   USAO No.:_____   Case No.:_____

Charging Document:_____   No. of Defendants: ___   Total No. of Counts:____   Sealed: Y

Forfeiture: Y   OCDETF: Y   McGirt: Y   Warrant   Summons   Notice   N
         N           N          N   Companion Case No. (if any):_____

**DEFENDANT INFORMATION:**  By:_____

| Name: | | | |
|---|---|---|---|
| Alias(es): | | Address: | |
| | | FBI No.: | |
| DOB: | SSN: | Race: | Interpreter: Y   N |
| Sex:  M   F | Juvenile: Y   N | Language/Dialect: | |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| Not in Custody        Detention Requested | Complaint:   Y   N |
|---|---|
| Type of Bond:_____ | Magistrate Judge Case No.: MJ- |
| In Custody at:_____ | |
| Inmate/Prisoner/Register No.:_____ | Previously Detained:   Y   N |

**ATTORNEY/AGENCY INFORMATION:**

| Public Defender | Name: _____ | AUSA: _____ |
|---|---|---|
| CJA Panel | Address: _____ | Agent /Agency: _____ |
| Retained | _____ | |
| | Phone: _____ | Local Officer/Agency:_____ |

## CHARGING DETAILS

**Count(s)**       **U.S.C. Citation(s)**       **Offense(s) Charged**       **Penalty**

Signature of AUSA: _____       Date: _____